FILED

06 SEP -8 AM 9:06

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL JOHNSON,<br><br>    Petitioner,<br>v.<br><br>JEANNE WOODFORD, Warden,<br><br>    Respondent. | Case No. 04cv0420-BEN(BLM)<br><br>**ORDER GRANTING PETITIONER'S APPLICATION FOR ENLARGEMENT OF TIME FOR FILING OF AMENDED PETITION**<br><br>[Doc. No. 53] |

    Petitioner is a state prisoner proceeding *pro se* on a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. On July 18, 2006, the Court lifted the stay of proceedings and granted Petitioner's request for an extension of time in which to file an amended petition. Doc. No. 52. The Court's order required Petitioner to file an amended petition on or before August 24, 2006. Id.

    On August 25, 2006, Petitioner filed a document entitled "Application for Enlargement of Time for Filing of Amended Petition." Doc. No. 53. In this application, Petitioner explains that he was unable to file an amended petition by August 24, 2006 because a prison lockdown restricted his access to the law library. Id. As a result, Petitioner requests a second extension of time in

which to file an amended petition.  <u>Id.</u>  Good cause appearing,

**IT IS HEREBY ORDERED:**

Petitioner's application for an enlargement of time is **GRANTED**.  Petitioner shall file an amended petition on or before **<u>September 22, 2006</u>**.  Petitioner is hereby warned that if Petitioner fails to file an amended petition on or before **<u>September 22, 2006</u>**, the Court will order that Petitioner's current petition be served on Respondent and, as a result, will evaluate the merits of Petitioner's current petition.

Petitioner additionally is warned that no further enlargements of time in which to file an amended petition will be granted.

**IT IS SO ORDERED.**

Dated: 9/7/06

BARBARA L. MAJOR
United States Magistrate Judge

COPY TO:

HONORABLE ROGER T. BENITEZ
U.S. DISTRICT JUDGE

ALL COUNSEL