# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNELL JOHNSON,<br><br>                                 Petitioner,<br>  vs.<br><br>JEANNE WOODFORD, WARDEN,<br><br>                                Respondent. | CASE NO. 04cv420-BEN (BLM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION DENYING PETITION FOR A WRIT OF HABEAS CORPUS** |

      Petitioner DARNELL JOHNSON has filed a petition for writ of habeas corpus under 28 U.S.C. § 2254 ("Petition"), challenging his state court conviction for first degree murder. Respondent answered. On January 12, 2007, Honorable Magistrate Judge Barbara L. Major issued a thoughtful and thorough Report and Recommendation ("Report"), recommending the Petition be denied in its entirety. No objection to the Report has been filed. Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed Report. Good cause appearing, the Court concurs with and adopts the Report. Accordingly, the Petition is DENIED in its entirety. The Clerk shall close the file.

      **IT IS SO ORDERED**.

DATED: May 7, 2007

                                              Hon. Roger T. Benitez<br>
                                              United States District Judge